IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED,<br><br>　　　Plaintiff,<br><br>v.<br><br>DINGBINGBAIHUO,<br><br>　　　Defendant. | Case No.: 1:25-cv-09451<br><br>District Judge Jeremy C. Daniel<br><br>Magistrate Judge Albert Berry, III |

**AMENDED SCHEDULE A**

| No | Seller Name | Store URL |
|---|---|---|
| 7 | dingbingbaihuo | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3POUXZ0U7PCBM&asin=B0FB3NJKFN&ref_=dp_merchant_link |